IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES PHILLIP PAYNE, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 14-171 |
| | ) | |
| vs. | ) | Judge Cathy Bissoon |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| TABB BICKELL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 22, 2016, the Magistrate Judge issued a Report (Doc. 16) recommending that the petition for a writ of habeas corpus be dismissed, and the certificate of appealability be denied. Service of the Report and Recommendation was made, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Petition of Charles Phillip Payne for a writ of habeas corpus (Doc. 4) is DISMISSED and a certificate of appealability is DENIED. The Report and Recommendation of the Magistrate Judge, dated January 22, 2016, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


February 12, 2016                                s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

CHARLES PHILLIP PAYNE
HU9154
1100 Pike St.
Huntingdon, PA 16654